**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00427-LTB

CINTAS CORPORATION, a Washington corporation,

   Petitioner,

v.

JOHN D. BICKHAM, et al, individuals,

   Respondents.
_____

**ORDER**
_____

   Upon the Stipulation re: (1) Service of Process, and (2) Staying Further Proceedings Pending Decision on Motion Before the Judicial Panel on Multidistrict Litigation to Transfer and Consolidate Under 28 U.S.C. § 1407 (Doc 9 - filed May 17, 2006), it is

   ORDERED that the Stipulation is approved and made an order of this Court.

        BY THE COURT:


          s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge

DATED:  May 18, 2006